UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-   CASE NO.: 6:11-cr-00401-GAP-DAB

FREDERICK MERVIN BARDELL

_____

**DEFENDANT'S MOTION TO DISMISS COUNT I OF INDICTMENT**

The Defendant, FREDERICK MERVIN BARDELL, through his undersigned counsel, hereby respectfully files this Motion to Dismiss regarding Count I of the Government's Indictment in this case. In support hereof, the Defendant would state as follows:

1. A Federal Grand Jury for the Middle District of Florida returned a two (2) Count Indictment against the Defendant, surrounding allegations in violation of 18 U.S.C. Section 2252. Count I of the Indictment alleges that the Defendant knowingly distributed visual imagery that involves the use of a minor or minors engaging in sexually explicit conduct in violation of 18 U.S.C. Section 2252(a)(2). Count II of the Indictment (not part of this Motion) alleges that the Defendant knowingly possessed items involving the use of a minor or minors engaged in sexually explicit conduct.

2. It is the undersigned's knowledge/understanding and belief, as of the filing of this Motion, that the facts and circumstances in support the Government's evidence and theory in support of Count I of the Indictment surrounds the use by the Dependant

of a "Peer to Peer Networking Application" ('P2P') called eMule.[1]

3. It is the undersigned's knowledge/understanding and belief that the Government's theory for Count I of the Indictment is that the Defendant, while allegedly using this P2P, made items available for other persons to possible view and see, thereby 'distributing' child pornography.

4. The undersigned would argue that the Government's evidence, as noted in Paragraph 2 above, cannot support the charge as outlined in Count I of the Indictment, for even if the Defendant may have used a P2P application to allegedly download pornographic material involving minors, the Government cannot prove that the Defendant took steps to or made those files available for upload to other users, which would be a legal requirement in support of a charge of distribution of child pornography.

5. This Motion is filed in good faith and not for the purpose of unreasonable delay.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that

---

[1] Such information has been generated at this point through discussions with the Defendant, the federal prosecutor, and the lead federal agent in this case. The undersigned, since the entry of the Scheduling Order in this case on December 8, 2011, has been in discussions with the Assistant United States Attorney for the United States Attorney's Office, Orlando Division regarding this case. As noted in the undersigned's Motion to Continue and Motion for Extension of Time, both dated and filed in this case on December 22, 2011, however, the undersigned does not have discovery in this case, as the parties have agreed, in good-faith, to schedule certain times in early January 2012 to go over the Government's evidence/discovery materials. As of the filing of this Motion, there has not been an Order approving the undersigned's Motion for Extension of Time to file pre-trial Motions. Due to the twenty-one (21) day window to file such Motion, per the Court's December 8, 2011 Scheduling Order, the undersigned has filed this Motion, in good-faith, in order to stay in compliance with the Court's Order and so such issue is not considered waived by the Defendant.

this Honorable Court enter an Order of Dismissal as to Count I of the Indictment.

DATED this 29 day of December, 2011.

RICE & ROSE, P.A.

_____
PHILIP J. BONAMO, ESQUIRE
Florida Bar #0054526
222 Seabreeze Blvd.
Daytona Beach, Florida 32118
(386) 257-1222
philipbonamo@riceroselaw.com
Attorney for Defendant

## ATTORNEY CERTIFICATE

I HEREBY CERTIFY that the undersigned has conferred with opposing counsel, both by telephone (December 20, 2011) and by e-mail (December 21, 2011), regarding the issue raised in this Motion; that counsel, at this point, has been unable to resolve the Motion by agreement; this Motion concerns matters which are not covered by the Scheduling Order.

RICE & ROSE, P.A.

_____
PHILIP J. BONAMO, ESQUIRE
Florida Bar #0054526
222 Seabreeze Blvd.
Daytona Beach, Florida 32118
(386) 257-1222
philipbonamo@riceroselaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this original instrument has been electronically filed with the Clerk of the Court and a true copy has been furnished by United States Mail to Myrna Mesa, Assistant United States Attorney, U.S. Attorney's Office, 501 West Church Street Suite 300 Orlando, FL 32805, and by email at Myrna.Mesa@usdoj.gov this 29th day of December, 2011.

RICE & ROSE, P.A.

_____
**PHILIP J. BONAMO, ESQUIRE**
Florida Bar #0054526
222 Seabreeze Blvd.
Daytona Beach, Florida 32118
(386) 257-1222
Facsimile (386) 258-9694
philipbonamo@riceroselaw.com
Attorney for Defendant