# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:11-cr-401-Orl-31DAB

**FREDERICK MERVIN BARDELL**

_____

## ORDER

Upon consideration of Defendant's Motion to Dismiss Count 1 of the Indictment (Doc. 22), and supporting memorandum (Doc. 23), and the government's response (Doc. 29), it is

**ORDERED** that the Motion is DENIED.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 11, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Frederick Mervin Bardell