**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**Orlando Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) |
| | ) **Case No. 6:11-CR-401** |
| **FREDERICK MERVIN BARDELL,** | ) |
| **Defendant.** | ) |
| | ) |

**SECOND JOINT STATUS REPORT OF DEFENDANT'S RELEASE AND DEFENDANT'S REQUEST TO RELRASE ALL RESTRICTIONS OF HIS RELEASE**

**COME NOW** the Defendant, FREDERICK MERVIN BARDELL, **[hereinafter, "Bardell"]** through his undersigned counsel and the GOVERNMENT through its undersigned counsel and file this Second Joint Status Report of the Defendant's Release and Defendant's Request to Release All Restrictions of His Release and shows the following:

**BARDELL'S PRESENT CONDITION**

As last reported, **Bardell's** initial treatment plan included the insertion of a port to receive chemotherapy at home to provide the best possible quality of life to him. Upon further testing and evaluation, **Bardell's** treating physicians concluded that a port could not be inserted because the location of the cancer precluded the use of a port since it would exacerbate his condition and serve no therapeutic purpose. Moreover, with the advance stage of the cancerous condition, the physicians opined that **Bardell** would survive from days to weeks. Mr. Bardell succumbed to his illness on February 17, 2021 nine days after his release from the BOP. Therefore, the undersigned respectfully request that this be the final status report.

**THIS 17th DAY OF FEBRUARY 2021.**

**RESPECTFULLY SUBMITTED,**

**/S/ Kimberly L. Copeland**
**KIMBERLY L. COPELAND**
**GA. BAR #186783**
**Attorney for Bardell**

**Kim12Cope@aol.com**

**256 N. Brunswick Street**

**Jesup, Georgia, 31456-4380**

**(912) 530-7317**

**Maria Chapa Lopez**
**United States Attorney**
**Middle District of Florida**

**/S/ Emily C.L. Chang**
**EMILY C. L. CHANG**
**Assistant United States Attorney**
**Middle District of Florida**
**400 W. Washington St., Ste. 3100**