# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 6:11-cr-401-RBD-DAB

FREDERICK MERVIN BARDELL
_____

## ORDER

This cause is before the Court *sua sponte*. The Court previously issued an order to show cause for why the Bureau of Prisons should not be held in civil contempt or otherwise sanctioned for failing to comply with the Court's Order in hastily releasing an inmate, before the formulation of a release plan with the Probation office, who died shortly thereafter. (Docs. 97, 98.) Briefing is now complete. (*See* Docs. 98, 106–107.) Given the troubling nature of the circumstances, the Court will appoint a Temporary Special Master pursuant to Federal Rule of Civil Procedure 53 for further investigation. The Court proposes A. Lee Bentley, Esquire to serve as special master. Attached as Exhibit A is a proposed order of appointment for Mr. Bentley and Exhibit B is Mr. Bentley's affidavit, disclosing no grounds for disqualification under 28 U.S.C. § 455, and Mr. Bentley's Curriculum Vitae.

Accordingly, it is **ORDERED AND ADJUDGED** that by **Wednesday, January 26, 2022**, the parties may file any objections regarding: (1) the appointment

of a Special Master; (2) the Court's proposed candidate; (3) the proposed scope of the Temporary Special Master's duties; or (4) the form or substance of the proposed order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 12, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
A. Lee Bentley, Esquire