UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                                    CASE NO. 6:11-cr-401-RBD-DAB

FREDERICK MERVIN BARDELL
_____/

## NOTICE OF FILING

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that it has no objections regarding the appointment of a Special Master; the appointment of A. Lee Bentley, III, Esquire as Special Master; the proposed scope of the Special Master's duties; or the form or substance of the Court's proposed order (Doc. 109-1).

Dated: January 26, 2022          Respectfully submitted,

                              ROGER B. HANDBERG
                              United States Attorney

          By:    */s/ Julie R. Posteraro*
                Julie R. Posteraro
                Assistant United States Attorney
                USA No. 157
                400 W. Washington Street, Suite 3100
                Orlando, Florida 32801
                Telephone: (407) 648-7500
                Facsimile: (407) 648-7588
                Email:  Julie.Posteraro@usdoj.gov